# WARRANT OF ARREST

| United States District Court | DISTRICT: WESTERN DISTRICT OF WISCONSIN | |
|---|---|---|
| United States of America<br><br>v.<br><br>AUSTIN L. HEDGES<br><br>Defendant. | DOCKET NO. | MAGISTRATE JUDGE CASE NO.<br>19-mj-87 |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:<br>AUSTIN HEDGES<br>▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇<br>Clinton, WI | |

Warrant Issued on the Basis of:

☐ Indictment  ☐ Order of Court  ☐ Information  ☑ Complaint

TO: Any Authorized Law Enforcement Officer.

District of Arrest:                         City:

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Possession of a firearm by a person who has been committed to a mental institution.

IN VIOLATION OF TITLE: 18 U.S.C. Section(s) 922(g)(4)

Bail: DETENTION REQUESTED BY THE UNITED STATES ATTORNEY'S OFFICE

Other Conditions of Release:

| Ordered By: [signature] Federal Judge/Magistrate Judge | Date Order: 10-9-19 |
|---|---|
| Clerk of Court:            (By) Deputy Clerk | Date Issued: |

## RETURN

This Warrant was received and executed with the arrest of the above-named person.

| Date Received: | Date Executed: 10-09-19 |
|---|---|
| Name and Title of Arresting Officer:<br>BRAD MENG - USM | Signature of Arresting Officer:<br>[signature] Brad Meny |