IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INDICTMENT |
| v. | Case No. _____ |
| AUSTIN L. HEDGES, | 18 U.S.C. § 922(g)(4) |
| Defendant. | 19 CR 155 JDP |

---

THE GRAND JURY CHARGES:

## COUNT 1

On or about October 9, 2019, in the Western District of Wisconsin, the defendant,

AUSTIN L. HEDGES,

knowing he had previously been committed to a mental institution, knowingly and unlawfully possessed in or affecting commerce the following firearms: a Smith and Wesson Bodyguard 380 .380 caliber pistol; a CZ (Ceska Zbrojovka) CZ75B 9mm luger pistol; a Zavasta N-PAP M70 rifle; a Remington 870 Police Magnum 12 gauge shotgun; a Weatherby Vanguard .300 win mag rifle; a Savage 34 .22LR rifle; and a Springfield 1911-A1 .45 caliber pistol, said firearms having previously traveled in and affected interstate commerce.

(In violation of Title 18, United States Code, Section 922(g)(4)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: 11/6/19

_____
SCOTT C. BLADER
United States Attorney