

**nicholson, gansner & otis, s.c.**
22 east mifflin street, suite 90
madison, wisconsin 53703

attorney jessa nicholson goetz
attorney nicholas gansner
attorney nathan otis

March. 9, 2020

Hon. Stephen L. Crocker
United States Courthouse
120 N. Henry St.
Madison, WI 53703

In re:   *Unites States v. Austin Hedges*
         Case No. 19-CR-155-jdp
         Letter re: Pre-trial Motions

Dear Magistrate Judge Crocker,

    Pre-trial motions in the above captioned case are due today, March 9, 2020.  By this letter, I notify the Court that the defense will not file any pre-trial motions in this case, and that this was a tactical decision made after consultation with my client and after review of the discovery I have thus far received.  I have no objection to converting the hearing scheduled for this Thursday, March 12, 2020, to a phone hearing, and Mr. Hedges waives his right to appear at such.

Sincerely,

/s/
Nathan Otis
Attorney for Defendant

CC:   AUSA Elizabeth Altman (via ecf)